Decided May 25, 1994

CONNECTICUT NATIONAL BANK *v.* WOLCOTT DEVELOPMENT COMPANY ET AL.

The petition of the defendants Wolcott Development Company, Francis J. Hubeny, Jeffrey M. Hubeny, Bruce E. Carusillo and Michael J. Giammatteo for certification for appeal from the Appellate Court (AC 12785) is denied.

*Peter B. Rustin,* in support of the petition.

*Marc S. Edrich* and *Jeanine M. Dumont,* in opposition.

Decided May 26, 1994